
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **APPALACHIAN VOICES et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| **SAMUEL W. BODMAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' CERTIFICATE UNDER LCvR 7.1**

I, Scott Gollwitzer, the undersigned counsel of record for Appalachian Voices and the Canary Coalition, certify that, to the best of my knowledge and belief, Appalachian Voices and the Canary Coalition, are not-for-profit organizations, having no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal in this matter.

Dated at Asheville, North Carolina this 3rd day of March 2008

/s/ Scott Gollwitzer
Scott Gollwitzer

ATTORNEY FOR PLAINTIFFS

Scott Gollwitzer
In-house Counsel
Appalachian Voices
16 Eagle Street, Suite 200
Asheville, NC 28801
Ph:  828.505.1963
Fax: 828.262.1540
E-mail: scott@appvoices.org
NY Bar No. 2890697
VT Bar No.  3293

**Certificate of Service**

I hereby certify that on 03 March 2008, a copy of the foregoing was hand-delivered to the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Scott Gollwitzer
Scott Gollwitzer