UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES and <br> THE CANARY COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL W. BODMAN, in his official capacity as Secretary of the United States Department of Energy; HENRY M. PAULSON, JR., in his official capacity as Secretary of the United States Department of the Treasury; VICTOR K. DER, in his official capacity as Deputy Secretary for Clean Coal; and JOSEPH GLOVE, III, in his official capacity as Program Analyst for the Office of Clean Energy Systems, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  No. 1:08-cv-00380-RMU <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter the appearances of Rachel A. Dougan and Jason Bruno as attorneys for the Defendants in the above-captioned action. Service of all papers by U.S. Mail should be addressed as follows:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> Benjamin Franklin Station, P.O. Box 663
> Washington, D.C. 20044-0663

Express deliveries and hand deliveries should be addressed to:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 601 D Street, NW, Room 3812
> Washington, D.C. 20004

    Electronic mail should be addressed to:

        Rachel.Dougan@usdoj.gov
        Jason.Bruno@usdoj.gov

    Telephone and Facsimile numbers are as follows:

        Telephone: (202) 616-5082 (Dougan)
        Telephone: (202) 305-0434 (Bruno)
        Facsimile:  (202) 305-0506

Respectfully submitted this 18th day of March 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources Division

        <u>/s/ Rachel A. Dougan</u>
        RACHEL A. DOUGAN, DC Bar # 485507
        JASON BRUNO, DC Bar # 472290
        Environment and Natural Resources Division
        United States Department of Justice
        Benjamin Franklin Station, P.O. Box 663
        Washington, D.C.  20044-0663
        Telephone: (202) 616-5082 (Dougan)
        Facsimile: (202) 305-0506
        Rachel.Dougan@usdoj.gov

Of Counsel:

CHARLES B. RAMSEY
Office of Associate Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.
(202) 622-3110

JANET MASTERS
Office of General Counsel
U.S. Department of Energy
Washington, D.C.
(202) 586-3415

NATALIE APPETTA
Office of Chief Counsel

National Energy Technology Laboratory
U.S. Department of Energy
Morgantown, WV
(304) 285-2035

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2008, a copy of the foregoing NOTICE OF APPEARANCE was served by CM/ECF electronic filing on the following attorney of record:

Scott A. Gollwitzer
APPALACHIAN VOICES
16 Eagle Street, Suite 200
Asheville, NC 28801
(828) 505-1963
scott@appvoices.org