UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES and ) <br> THE CANARY COALITION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SAMUEL W. BODMAN, in his official ) <br> capacity as Secretary of the United States ) <br> Department of Energy; HENRY M. ) <br> PAULSON, JR., in his official capacity as ) <br> Secretary of the United States Department ) <br> of the Treasury; VICTOR K. DER, in his ) <br> official capacity as Deputy Secretary for ) <br> Clean Coal; and JOSEPH GLOVE, III, in ) <br> his official capacity as Program Analyst for ) <br> the Office of Clean Energy Systems, ) <br> ) <br> Defendants. ) <br> _____) | No. 1:08-cv-00380-RMU |

**UNOPPOSED NOTICE REGARDING FILING DATE FOR DEFENDANTS'
OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION**

On Monday, March 3, 2008, Appalachian Voices and The Canary Coalition ("Plaintiffs") filed a Complaint and Application for Preliminary Injunction with this Court against Defendants Samuel W. Bodman, Henry M. Paulson, Jr., Victor K. Der, and Joseph Giove, III ("Defendants"). Although Defendants' internal processing systems do not all show service of the summons, Complaint, and Application for Preliminary Injunction, Plaintiffs' counsel has informed Defendants' counsel that he believes the summons were delivered on Friday, March 14, 2008. Defendants do not waive service.

Defendants hereby notify the Court that they will file their Opposition to the Plaintiffs' Application for a Preliminary Injunction on Tuesday, March 25, 2008. Counsel for Defendants

have conferred with counsel for Plaintiffs and Plaintiffs do not oppose the proposed timing for

the filing of Defendants' Opposition.

Respectfully submitted this 18th day of March 2008.

                                            RONALD J. TENPAS
                                            Assistant Attorney General
                                            Environment and Natural Resources Division

                                            /s/ Rachel A. Dougan
                                            RACHEL A. DOUGAN, DC Bar # 485507
                                            JASON BRUNO, DC Bar # 472290
                                            Environment and Natural Resources Division
                                            United States Department of Justice
                                            Benjamin Franklin Station, P.O. Box 663
                                            Washington, D.C.  20044-0663
                                            Telephone: (202) 616-5082 (Dougan)
                                            Facsimile: (202) 305-0506
                                            Rachel.Dougan@usdoj.gov

Of Counsel:

CHARLES B. RAMSEY
Office of Associate Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.
(202) 622-3110

JANET MASTERS
Office of General Counsel
U.S. Department of Energy
Washington, D.C.
(202) 586-3415

NATALIE APPETTA
Office of Chief Counsel
National Energy Technology Laboratory
U.S. Department of Energy
Morgantown, WV
(304) 285-2035

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, a copy of the foregoing UNOPPOSED NOTICE REGARDING FILING DATE FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION was served by CM/ECF electronic filing on the following attorney of record:

Scott A. Gollwitzer
APPALACHIAN VOICES
16 Eagle Street, Suite 200
Asheville, NC 28801
(828) 505-1963
scott@appvoices.org