## DECLARATION OF STEPHEN HOLMES NOVAK

I, Stephen Holmes Novak, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a citizen of the United States and a resident of Asheville, North Carolina, where I am employed by WildLaw as their senior staff attorney. Our office address is 46 Haywood Street, Suite 323, Asheville, NC 28801.

2. I am a 1996 graduate of the Norman Adrian Wiggins School of Law and I am member in good standing of the following bars: (1) the state of North Carolina, since 1997; (2) U.S. District Court for Western and Middle Districts of North Carolina since 1999 and 2000, respectively; (3) the U.S. District Court for the District of Colorado since 2002; and (4) the Tenth Circuit Court of Appeals since 2005.

3. I have never been disciplined by any bar of any state I am admitted to.

4. I have not been admitted *pro hac vice* to this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Asheville, NC, this 7th day of April 2008,

/s/Stephen H. Novak
Stephen H. Novak
Attorney for the Canary Coalition

## DECLARATION OF STEPHEN HOLMES NOVAK

I, Stephen Holmes Novak, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a citizen of the United States and a resident of Asheville, North Carolina, where I am employed by WildLaw as their senior staff attorney.  Our office address is 46 Haywood Street, Suite 323, Asheville, NC  28801.

2.  I am a 1996 graduate of the Norman Adrian Wiggins School of Law and I am member in good standing of the following bars: (1) the state of North Carolina, since 1997; (2) U.S. District Court for Western and Middle Districts of North Carolina since 1999 and 2000, respectively; (3) the U.S. District Court for the District of Colorado since 2002; and (4) the Tenth Circuit Court of Appeals since 2005.

3.  I have never been disciplined by any bar of any state I am admitted to.

4.  I have not been admitted *pro hac vice* to this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Asheville, NC, this 7th day of April 2008,

/s/Stephen H. Novak
Stephen H. Novak
Attorney for the Canary Coalition

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **APPALACHIAN VOICES** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 1:08-cv-00380-RMU |
| ) | |
| **SAMUEL W. BODMAN** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER (Proposed)**

Plaintiffs' Unopposed Motion for Limited Admission allowing Stephen H. Novak to appear on behalf of the Canary Coalition in the above-captioned matter is hereby **GRANTED**.

/s/Ricardo M. Urbina
District Court Judge