UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| APPALACHIAN VOICES and | ) | |
| THE CANARY COALITION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL W. BODMAN, in his official | ) | |
| capacity as Secretary of the United States | ) | No. 1:08-cv-00380-RMU |
| Department of Energy; HENRY M. | ) | |
| PAULSON, JR., in his official capacity as | ) | |
| Secretary of the United States Department | ) | |
| of the Treasury; VICTOR K. DER, in his | ) | |
| official capacity as Deputy Secretary for | ) | |
| Clean Coal; and JOSEPH GLOVE, III, in | ) | |
| his official capacity as Program Analyst for | ) | |
| the Office of Clean Energy Systems, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**DEFENDANTS' NOTICE REGARDING DUKE ENERGY'S APRIL 4, 2008, FILING
WITH THE NORTH CAROLINA UTILITIES COMMISSION**

Defendants hereby notify the Court of a recent, public filing by Duke Energy Carolinas,

LLC, ("Duke Energy") regarding its plans for claiming the Internal Revenue Code Section 48A

tax credit that it has been allocated. <u>See</u> Let. of Duke Energy to N.C. Util. Comm'n, filed

February 4, 2008, (attached as Exhibit 1).[1]/ Duke Energy's recent filing updates the company's

prior, public filing, which Defendants referenced in their Memorandum in Opposition to

Plaintiffs' Application for Preliminary Injunction ("PI Opposition"). <u>See</u> Docket No. 6, Defs.'

_____

[1]/     The letter is also available at
http://ncuc.commerce.state.nc.us/cgi-bin/webview/senddoc.pgm?dispfmt=&itype=Q&authorizati
on=&parm2=FBAAAA59080B&parm3=000123542 (last visited April 14, 2008).

Mem. In Opp'n to Pls.' App. For Prelim. Inj., filed March 25, 2008.

As stated in Defendants' PI Opposition, in November 2006, Duke Energy was allocated a tax credit of $125 million for a project at Cliffside Steam Station.  Docket No. 6 at 15 n.7; see also Docket No. 6 Ex. 3 at DOE Fact Sheet.  Defendants' PI Opposition referenced Duke Energy's Advanced Clean Coal Cliffside Unit 6 Cost Estimate Report dated Feb. 29, 2008.  See Docket No. 6 at 12 n.5, 17, 20, 30; see also id. at Ex. 6.  This public filing, which Defendants' counsel located on Duke Energy's website, states that Duke Energy planned to claim $62.5 million of advanced clean coal federal tax credit for its proposed "Unit 6" at Cliffside, which has an estimated capital cost of $1.8 billion.  See id. at Ex. 6.  Since Defendants' filing, on February 4, 2008, Duke Energy filed a letter with the North Carolina Utilities Commission stating that the Cliffside Unit 6 qualifies for the full $125 million in advanced clean coal federal tax credit.  See attached Exhibit 1.

Because the Internal Revenue Service believes Duke Energy's statements relate to taxpayer return information, the Agency has informed its counsel at the Department of Justice that it is unable to confirm or deny Duke Energy's statements.  See generally 26 U.S.C. § 6103.  Respectfully submitted this 14th day of April 2008.

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN, DC Bar # 485507
JASON BRUNO, DC Bar # 472290
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663

Telephone: (202) 616-5082 (Dougan)
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:

CHARLES B. RAMSEY
Office of Associate Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.
(202) 622-3110

JANET MASTERS
Office of General Counsel
U.S. Department of Energy
Washington, D.C.
(202) 586-3415

NATALIE APPETTA
Office of Chief Counsel
National Energy Technology Laboratory
U.S. Department of Energy
Morgantown, WV
(304) 285-2035

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, a copy of the foregoing DEFENDANTS'

NOTICE REGARDING DUKE ENERGY'S APRIL 4, 2008, FILING WITH THE NORTH

CAROLINA UTILITIES COMMISSION was served by CM/ECF electronic filing on the

following attorneys of record:

Scott A. Gollwitzer
APPALACHIAN VOICES
16 Eagle Street, Suite 200
Asheville, NC 28801
(828) 505-1963
scott@appvoices.org

Stephen Holmes Novak
WILDLAW
46 Haywood Street
Suite 323
Asheville, NC 28801
(828) 252-9223
wildlawNC@aol.com

/s/ Rachel A. Dougan
Counsel for Defendants


**Duke Energy®**
*Carolinas*

*DUKE ENERGY CAROLINAS, LLC*
*526 South Church St.*
*Charlotte, NC 28202*

*Mailing Address:*
*EC03T / PO Box 1006*
*Charlotte, NC 28201-1006*

*LAWRENCE B. SOMERS*
*Associate General Counsel*
*704.382.8142 OFFICE*
*980.373.9901 FAX*
*lbsomers@dukeenergy.com*



**OFFICIAL COPY**

**FILED**

APR 0 4 2008

Clerk's Office
N.C. Utilities Commission

April 3, 2008

Ms. Renné C. Vance, Chief Clerk
North Carolina Utilities Commission
4325 Mail Service Center
Raleigh, North Carolina 27699-4325

RE:    Duke Energy Carolinas' Application for Certificate of
       Public Convenience and Necessity for Cliffside Project
       Docket No. E-7, Sub 790

Dear Ms. Vance:

    I write on behalf of Duke Energy Carolinas, LLC ("Duke Energy Carolinas") to update the Commission and other parties regarding a development in connection with the advanced clean coal federal tax credits available to Duke Energy Carolinas' Cliffside Modernization Project in connection with the referenced matter.

    On November 30, 2006, Duke Energy Carolinas notified the Commission that the Cliffside Modernization Project had been selected to receive $125 million in advanced clean coal federal tax credits created by the Energy Policy Act. In cost update reports filed with the Commission subsequent to the March 21, 2007, Commission Order Issuing a CPCN for only one of the two requested Cliffside units, Duke Energy Carolinas has reported that the federal advanced clean coal tax credits for the one Cliffside unit approved would be approximately $62.5 million. Duke Energy Carolinas has now reached agreement with the United States Internal Revenue Service that the Company's new Cliffside Unit 6 will qualify for the full $125 million advanced clean coal federal tax credit.

*[handwritten notes]*
Cleru    Hoover    Gnber
AG       Milburn   2 PSeco
ncomm    Wite      3 PS legal
Bennink  ericson   3 PS Accts
Kirby    Sessoms   5 PS elect
Watson   Jones

*www.duke-energy.com*

Thank you for your attention to this matter.  If you have any questions, please let me know.

Sincerely,

Lawrence B. Somers

pa

cc:    Robert W. Kaylor, Esquire
       All Parties of Record

bcc:    KBulter
        RBarnes
        SAlexander
        MLineberger
        ERuff
        CShrum

CERTIFICATE OF SERVICE

DOCKET NO. E-7, SUB 790

I hereby certify that copies of Duke Energy Carolinas' notice of agreement with United States Internal Revenue Service that Cliffside Unit 6 qualifies for $125 million advanced clean coal federal tax credit have been served upon the following by deposit in the U.S. mail, first-class, postage prepaid:

Antoinette Wike
Public Staff – North Carolina Utilities Commission
4326 Mail Service Center
Raleigh, NC 27699-4326

Leonard G. Green
N. C. Department of Justice
P O Box 629
Raleigh, NC 27602

Robert F. Page
Crisp, Page & Currin, LLP
4010 Barrett Drive, Suite 205
Raleigh, NC 27609

Gudrun E. Thompson
Southern Environmental Law Center
200 West Franklin St., Suite 330
Chapel Hill, NC 27516

John D. Runkle for NCWARN
P O Box 3793
Chapel Hill, NC 27515

Ralph McDonald
Bailey & Dixon
P O Box 1351
Raleigh, NC 27602-1351

Len S. Anthony
Progress Energy Services, Inc.
P O Box 1551 / PEB17A4
Raleigh, NC 27602

Wells Eddleman
811 Yancey Street
Durham, NC 27701-3151

Gary A. Davis for SACE
Gary A. Davis & Associates
P O Box 649
Hot Springs, NC 28743

Thomas LaFontine Odom, Sr. for NCSEA
The Odom Firm, PLLC
1109 Greenwood Cliff
Charlotte, NC 28204

This the 3rd day of April, 2008.

Lawrence B. Somers
Associate General Counsel
Duke Energy
526 S. Church Street, EC03T
Charlotte, North Carolina 28202
704.382.8142 phone
lbsomers@dukeenergy.com