UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 1:08-cv-00380-RMU |
| ) | |
| SAMUEL W. BODMAN *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### DECLARATION OF PROOF OF SERVICE BY SCOTT GOLLWITZER

I, Scott Gollwitzer, declare under pain and penalty of perjury, that the following is true and correct.

1. I am a citizen of the United States residing in Buncombe County, North Carolina.

2. On 10 March 2008 June 2007, I, via certified mail, return receipt requested, served, the summons and complaint in the above-captioned matter on: (a) Michael B. Mukasey, U.S. Attorney General; (b) Jeffrey A. Taylor, U.S. Attorney; (c) Samuel W. Bodman, U.S. Secretary of Energy; (d) Henry M. Paulson, U.S. Secretary of the Treasury; (e) Victor K. Der, Deputy Secretary, U.S. Department of Energy; and (f) Joseph Giove, III, Program Analyst, U.S. Department of Energy.

Signed, under pain and penalty of perjury, at Asheville, North Carolina, this 24th day of April 2008.

/s/ Scott Gollwitzer
Scott Gollwitzer

Scott Gollwitzer
In-house Counsel
Appalachian Voices
16 Eagle Street, Suite 200
Asheville, NC 28801
Ph:  828.505.1963
Fax: 828.262.1540
E-mail: scott@appvoices.org
D.D.C. Bar No. TN0003
On behalf of Appalachian Voices

## Certificate of Service

I hereby certify that on 24 April 2008, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

/s/ Scott Gollwitzer
Scott Gollwitzer