UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES and <br> THE CANARY COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL W. BODMAN, in his official capacity as Secretary of the United States Department of Energy; HENRY M. PAULSON, JR., in his official capacity as Secretary of the United States Department of the Treasury; VICTOR K. DER, in his official capacity as Deputy Secretary for Clean Coal; and JOSEPH GLOVE, III, in his official capacity as Program Analyst for the Office of Clean Energy Systems, <br><br> Defendants. | No. 1:08-cv-00380-RMU |

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants hereby move for an extension of time to file their response to Plaintiffs' Complaint [Docket No. 1], which is currently due by May 16, 2008. Defendants seek a 7-day extension of time, until May 23, 2008, because of their counsel's other work obligations, which include a summary judgment filing due in the Court of Federal Claims on May 15, 2008, and a summary judgment filing due in the District of Minnesota on May 16, 2008. Defendants have not previously sought an extension of time for this filing. In addition, such an extension would not impact the parties' abilities to meet future deadlines in this case. Accordingly, Defendants respectfully request that the deadline for their response to Plaintiffs' Complaint, which will be a Motion to Dismiss, be extended until May 23, 2008.

Counsel for Defendants contacted Plaintiffs' counsel regarding this request. Counsel for Plaintiff Appalachian Voices indicated that Plaintiff Appalachian Voices does not oppose a request to extend the deadline by one business day, until May 19, 2008, but that it does not agree with the one-week extension requested by Defendants. Counsel for Plaintiff Canary Coalition stated that Plaintiff Canary Coalition is not inclined to consent to any extension of time. Respectfully submitted this 8th day of May 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources Division

        /s/ Rachel A. Dougan
        RACHEL A. DOUGAN, DC Bar # 485507
        JASON BRUNO, DC Bar # 472290
        Environment and Natural Resources Division
        United States Department of Justice
        Benjamin Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 616-5082 (Dougan)
        Facsimile: (202) 305-0506
        Rachel.Dougan@usdoj.gov

Of Counsel:

CHARLES B. RAMSEY
Office of Associate Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.
(202) 622-3110

JANET MASTERS
Office of General Counsel
U.S. Department of Energy
Washington, D.C.
(202) 586-3415

NATALIE APPETTA
Office of Chief Counsel
National Energy Technology Laboratory
U.S. Department of Energy

Morgantown, WV
(304) 285-2035

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2008, a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT was served by CM/ECF electronic filing on the following attorney of record:

Scott A. Gollwitzer
APPALACHIAN VOICES
16 Eagle Street, Suite 200
Asheville, NC 28801
(828) 505-1963
scott@appvoices.org

Stephen Holmes Novak
WILDLAW
46 Haywood Street
Suite 323
Asheville, NC 28801
(828) 252-9223
wildlawNC@aol.com

                                                /s/ Rachel A. Dougan
                                                Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES and<br>THE CANARY COALITION,<br><br>      Plaintiffs,<br><br>  v.<br><br>SAMUEL W. BODMAN, in his official capacity as Secretary of the United States Department of Energy; HENRY M. PAULSON, JR., in his official capacity as Secretary of the United States Department of the Treasury; VICTOR K. DER, in his official capacity as Deputy Secretary for Clean Coal; and JOSEPH GLOVE, III, in his official capacity as Program Analyst for the Office of Clean Energy Systems,<br><br>      Defendants. | No. 1:08-cv-00380-RMU |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

This matter is presently before the Court upon Defendants' motion for a one-week extension of time to file its response to Plaintiffs' Complaint. For good cause shown, Defendants' motion is hereby GRANTED. Defendants must file their response to Plaintiffs' Complaint by May 23, 2008. It is so ORDERED.

DATED this _____ day of _____, 2008.

_____
**Ricardo M. Urbina**
United States District Court Judge