UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | No. 1:08-cv-00380-RMU |
| ) | |
| SAMUEL W. BODMAN *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS' ALLOCATION OF ADDITIONAL TAX CREDITS**

Plaintiffs hereby notify this Court of a press release dated 07 May 2008 from Excelsior Energy stating "that the U.S. Treasury Department, through the U.S. Internal Revenue Service, has allocated $133.5 million in federal investment tax credits to the Mesaba Project under the Energy Policy Act of 2005."  See Exh. 7 (attached hereto).

While Plaintiff anticipate that Defendants will respond to this notice by stating "[b]ecause the Internal Revenue Service believes [Excelsior] Energy's statements relate to taxpayer return information, the Agency has informed its counsel at the Department of Justice that it is unable to confirm or deny [Excelsior] Energy's statements," see Defs.' Notice Regarding Duke Energy, Docket No. 9, Plaintiffs bring this announcement to the Court's attention because Defendants may be creating circumstances under which tax recipients, state regulatory authorities, shareholders and contractors will detrimentally rely on their promises.

Dated this 12th day of May 2008 at Asheville, North Carolina.

/s/ Scott Gollwitzer
Scott Gollwitzer

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| Scott Gollwitzer | Stephen H. Novak |
| In-house Counsel | Senior Staff Attorney |
| Appalachian Voices | Wildlaw |
| 16 Eagle Street, Suite 200 | 46 Haywood Street, Suite 323 |
| Asheville, NC 28801 | Asheville, NC 28801 |
| Ph: 828.505.1963 | Ph: 828.252.9223 |
| Fax: 828.262.1540 | Fax: 828.252.9074 |
| E-mail: scott@appvoices.org | E-mail: wildlawNC@aol.com |
| D.D.C. Bar No. TN0003 | NC Bar No. 23411 |
| On behalf of Appalachian Voices | On behalf of The Canary Coalition |

OF COUNSEL

Benjamin J. Wakefield
Counsel
Environmental Integrity Project
1920 L Street, N.W., Suite 800
Washington, DC 20036
Phone: 202.263.4442
Fax:     202.296.8822
E-mail: bwakefield@environmentalintegrity.org
D.C. Bar No. 482984

## Certificate of Service

I hereby certify that on 12 May 2008, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Scott Gollwitzer
Scott Gollwitzer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:08-cv-00380-RMU |
| | ) |
| SAMUEL W. BODMAN *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS' ALLOCATION OF ADDITIONAL TAX CREDITS**

Plaintiffs hereby notify this Court of a press release dated 07 May 2008 from Excelsior Energy stating "that the U.S. Treasury Department, through the U.S. Internal Revenue Service, has allocated $133.5 million in federal investment tax credits to the Mesaba Project under the Energy Policy Act of 2005." See Exh. 7 (attached hereto).

While Plaintiff anticipate that Defendants will respond to this notice by stating "[b]ecause the Internal Revenue Service believes [Excelsior] Energy's statements relate to taxpayer return information, the Agency has informed its counsel at the Department of Justice that it is unable to confirm or deny [Excelsior] Energy's statements," see Defs.' Notice Regarding Duke Energy, Docket No. 9, Plaintiffs bring this announcement to the Court's attention because Defendants may be creating circumstances under which tax recipients, state regulatory authorities, shareholders and contractors will detrimentally rely on their promises.

Dated this 12th day of May 2008 at Asheville, North Carolina.

/s/ Scott Gollwitzer
Scott Gollwitzer

ATTORNEYS FOR PLAINTIFFS

Scott Gollwitzer
In-house Counsel
Appalachian Voices
16 Eagle Street, Suite 200
Asheville, NC 28801
Ph:  828.505.1963
Fax: 828.262.1540
E-mail: scott@appvoices.org
D.D.C. Bar No. TN0003
On behalf of Appalachian Voices

Stephen H. Novak
Senior Staff Attorney
Wildlaw
46 Haywood Street, Suite 323
Asheville, NC 28801
Ph:  828.252.9223
Fax: 828.252.9074
E-mail: wildlawNC@aol.com
NC Bar No. 23411
On behalf of The Canary Coalition

OF COUNSEL

Benjamin J. Wakefield
Counsel
Environmental Integrity Project
1920 L Street, N.W., Suite 800
Washington, DC 20036
Phone: 202.263.4442
Fax:    202.296.8822
E-mail: bwakefield@environmentalintegrity.org
D.C. Bar No. 482984

**Certificate of Service**

I hereby certify that on 12 May 2008, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

/s/ Scott Gollwitzer
Scott Gollwitzer