UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:08-cv-00380-RMU |
| ) | |
| SAMUEL W. BODMAN *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL**

Now come Plaintiffs, by and through counsel, and notify this Court that Eric V. Schaffer, of the Environmental Integrity Project will be substituted for Benjamin J. Wakefield, also of the Environmental Integrity Project, as "Of Counsel." Accordingly, Mr. Schaffer is hereby entering his notice of appearance as "Of Counsel" for Plaintiffs and Mr. Wakefield is withdrawing his appearance as "Of Counsel" for Plaintiffs.

Dated and respectfully submitted this 13th day of May 2008, at Asheville, North Carolina.

/s/ Scott Gollwitzer
Scott Gollwitzer
In-house Counsel
Appalachian Voices
16 Eagle Street, Suite 200
Asheville, NC 28801
Ph: 828.505.1963
Fax: 828.262.1540
E-mail: scott@appvoices.org
D.D.C. Bar No. TN0003
On behalf of Appalachian Voices

/s/ Stephen H. Novak
Stephen H. Novak
Senior Staff Attorney
Wildlaw
46 Haywood Street, Suite 323
Asheville, NC 28801
Ph: 828.252.9223
Fax: 828.252.9074
E-mail: wildlawNC@aol.com
NC Bar No. 23411
On behalf of The Canary Coalition

OF COUNSEL

/s/ Benjamin J. Wakefield         /s/ Eric V. Schaffer

| | |
|---|---|
| Benjamin J. Wakefield | Eric V. Schaffer |
| Counsel | Executive Director |
| Environmental Integrity Project | Environmental Integrity Project |
| 1920 L Street, N.W., Suite 800 | 1920 L Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC 20036 |
| Phone: 202.263.4442 | Phone: 202.263.4440 |
| D.C. Bar No. 482984 | D.C. Bar No. 427669 |

**Certificate of Service**

I hereby certify that on 15 May 2008, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Scott Gollwitzer
Scott Gollwitzer