**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **APPALACHIAN VOICES** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No.  **1:08-cv-00380-RMU** |
| | ) | |
| **SAMUEL W. BODMAN** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO STRIKE
DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**

Now come Plaintiffs, by and through counsel, to withdraw their motion to strike Docket No. 21, Plaintiffs' Motion to Strike Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.  On behalf of Plaintiffs, the undersigned also apologizes for any inconvenience or consternation his tortoise-like transition into the 21st century has caused Defendants or this Court.

Respectfully submitted, this 18th day of June 2008 at Asheville, North Carolina.

/s/ Scott Gollwitzer
Scott Gollwitzer

ATTORNEYS FOR PLAINTIFFS

Scott Gollwitzer
In-house Counsel
Appalachian Voices
16 Eagle Street, Suite 200
Asheville, NC 28801
Ph:  828.505.1963
Fax: 828.262.1540
E-mail: scott@appvoices.org
D.D.C. Bar No. TN0003
On behalf of Appalachian Voices

Stephen H. Novak
Senior Staff Attorney
Wildlaw
46 Haywood Street, Suite 323
Asheville, NC 28801
Ph:  828.252.9223
Fax: 828.252.9074
E-mail: wildlawNC@aol.com
NC Bar No. 23411
On behalf of The Canary Coalition

OF COUNSEL                                      ALSO ON THE BRIEF

Eric V. Schaffer                                Benjamin A. Luckett
Executive Director                              2nd Year Student
Environmental Integrity Project                 Lewis and Clark Law School
1920 L Street, N.W., Suite 800
Washington, DC 20036
Phone: 202.263.4442
Fax:    202.296.8822
D.C. Bar No. 427669

## <u>Certificate of Service</u>

I hereby certify that on 18 June 2008, notice of this filing will be sent by operation of the Court's
electronic filing system to all parties indicated on the electronic filing receipt. All other parties
will be served by regular U.S. mail. Parties may access this filing through the Court's electronic
filing system.

<u>/s/ Scott Gollwitzer</u>
Scott Gollwitzer

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **APPALACHIAN VOICES** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **No.  1:08-cv-00380-RMU** |
| | ) | |
| **SAMUEL W. BODMAN** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**PROPOSED ORDER (Plaintiffs')**

_____

    Plaintiffs' Motion to Withdraw Docket No. 21 is hereby granted.

/s/ Ricardo M. Urbina
**Ricardo M. Urbina**
United States District Court Judge