UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPALACHIAN VOICES and THE CANARY COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL W. BODMAN, in his official capacity as Secretary of the United States Department of Energy; HENRY M. PAULSON, JR., in his official capacity as Secretary of the United States Department of Treasury; VICTOR K. DER, in his official capacity as Deputy Secretary for Clean Coal; and JOSEPH GLOVE, III, in his official capacity as Program Analyst for the Office of Clean Energy Systems,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:08-cv-00380-RMU<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' NOTICE OF APPEARANCE

To the Court, the plaintiff, and their attorneys of record:

PLEASE TAKE NOTICE that Meredith L. Flax enters her appearance as co-counsel for the Federal Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Flax at the address listed below.

Dated: August 12, 2008                    Respectfully submitted,

                                          RONALD J. TENPAS
                                          Assistant Attorney General
                                          Environment and Natural Resources Division

                                                  */s/ Meredith L. Flax*
                                          MEREDITH L. FLAX, Trial Attorney

1

        D.C. Bar # 468016
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0404
        Facsimile: (202) 305-0275
        meredith.flax@usdoj.gov

        RACHEL A. DOUGAN, DC Bar # 485507
        JASON BRUNO, DC Bar # 472290
        Environment and Natural Resources Division
        United States Department of Justice
        Benjamin Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 616-5082 (Dougan)
        Facsimile: (202) 305-0506
        Rachel.Dougan@usdoj.gov

Of Counsel:

CHARLES B. RAMSEY
Office of Associate Chief Counsel
Internal Revenue Service
U.S. Department of Treasury
Washington, D.C.
(202) 622-3110

JANET MASTERS
Office of General Counsel
U.S. Department of Energy
Washington, D.C.
(202) 586-3415

NATALIE APPETTA
Office of Chief Counsel
National Energy Technology Laboratory
U.S. Department of Energy
Morgantown, WV
(304) 285-2035

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a copy of the foregoing DEFENDANTS' NOTICE OF APPEARANCE, was served by CM/ECF electronic filing on the following attorneys of record:

Scott A. Gollwitzer
APPALACHIAN VOICES
16 Eagle Street, Suite 200
Asheville, NC 28801
(828) 505-1963
scott@appvoices.org

Stephen Holmes Novak
WILDLAW
46 Haywood Street
Suite 323
Asheville, NC 28801
(828) 252-9223
wildlawNC@aol.com

In addition, pursuant to this Court's Standing Order For Civil Cases, a courtesy copy will be served on the Court via courier on August 12, 2008.

/s/ Meredith L. Flax
Counsel for Defendants